UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. ) No. 1:15-cr- 212-01-JL
)
EDWARD McLARNON )
_____

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about November 6, 2015, in the District of New Hampshire, the defendant,

Edward McLarnon,

knowingly received and possessed a silencer bearing serial number 79052, which is a firearm as defined in Title 26, United States Code, Section 5845(a)(7), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT TWO
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about November 6, 2015, in the District of New Hampshire, the defendant,

Edward McLarnon,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT THREE
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about November 6, 2015, in the District of New Hampshire, the defendant,

Edward McLarnon,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT FOUR
[18 U.S.C. § 924(b) – Receiving A Firearm With Intent to Commit a Crime]

On or about November 6, 2015, in the District of New Hampshire, the defendant,

Edward McLarnon,

with the intent to use the ammunition and firearms specified below to commit murder in violation of Massachusetts General Laws, Chapter 265, Section 1, an offense punishable by imprisonment for a term exceeding one year, received in interstate commerce about 200 rounds of 7.62x39mm ammunition and the following firearms as defined in Title 18, United States Code, Section 921(a)(3): a .22 caliber handgun bearing serial number ML77043; an AK-47 semiautomatic rifle bearing serial number 023188; a silencer bearing serial number 79052; and two grenades.

All in violation of Title 18, United States Code, Section 924(b).

NOTICE OF CRIMINAL FIREARMS FORFEITURE
PURSUANT TO 18 U.S.C. § 924(d) AND 28 U.S.C. § 2461(c)

The allegations of Counts One through Four of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d).

Upon conviction of the offenses alleged in Counts One through Four of this Indictment, defendant Edward McLarnon shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, the firearms listed above in Counts One through Four, a Smith and Wesson .38 caliber handgun bearing serial number 281074, and a Springfield .22 caliber rifle that has no serial number and was seized from the defendant's storage unit in Malden, Massachusetts, on or about November 6, 2015.

All in violation of Title 18 U.S.C. § 924(d); 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL

Date: December 2, 2015          /s/ Grand Jury Foreperson
                                Grand Jury Foreperson


DONALD FEITH
Acting United States Attorney


/s/ Mark S. Zuckerman
Mark S. Zuckerman
Assistant United States Attorney