UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 15-212-SM |
| ) | |
| EDWARD McLARNON ) | |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Emily Gray Rice, United States Attorney for the District of New Hampshire, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Notice of Forfeiture provision of the Indictment in this case seeks the forfeiture, pursuant to 18 U.S.C. § 924(d), as a result of the defendant's violations of 26 U.S.C. § 5861(d), receiving unregistered firearms, of "all firearms and ammunition involved in the commission of the offenses."

The following properties are subject to forfeiture as firearms and ammunition involved in the commission of the offenses: **(1) a Smith and Wesson .38 caliber handgun bearing serial number 281074; (2) a Springfield .22 caliber rifle that has no serial number; and (3) a box containing 120 rounds of .38 caliber bullets and 562 rounds of .22 caliber bullets, all seized from Edward McLarnon.**

Upon conviction, Edward McLarnon's interest in these properties shall be forfeited; claims of any nominal owners are subject to the ancillary petition procedures set forth in Criminal Rule 32.2 and 21 U.S.C. § 853.

This Bill of Particulars is not intended to limit the United States to forfeiture only of those items listed in this Bill; if further assets become known to the United States prior to

resolution of the forfeiture matters in this case, the United States will so advise the Court and defense counsel.

Dated:  March 24, 2016                    Respectfully submitted,

                                                    EMILY GRAY RICE
                                                    United States Attorney


                                     By: /s/ Mark S. Zuckerman
                                           Mark S. Zuckerman
                                           Assistant U.S. Attorney
                                           NH Bar No. 4865
                                           53 Pleasant Street
                                           Concord, NH  03301
                                           603-225-1552
                                           mark.zuckerman@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 24th day of March, 2016, a copy of the above Bill of Particulars was served electronically through ECF on Michael J. Ramsdell, Esquire, counsel for the defendant, Edward McLarnon.

                                           /s/ Mark S. Zuckerman
                                           Mark S. Zuckerman, AUSA