UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:15-cr-00212-SM |
| | ) | |
| EDWARD MCLARNON | ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, a Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 12th day of July, 2017.

This 12th day of July, 2017.

                                                JOHN J. FARLEY
                                                Acting United States Attorney

                                      By:    /s/ John S. Davis
                                                    John S. Davis
                                                    Assistant U.S. Attorney

WARRANT ISSUED: _____