## AFFIDAVIT IN SUPPORT OF ALL MOTIONS
## By Edward S. McLarnon a.k.a. "Zed"

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2018 JAN -8 P 2:39

RE: U.S. DISTRICT COURT - CONCORD, NH   Case #1:15-cr-00212-1 SM
United States v. Edward McLarnon

1) I, Edward S. McLarnon, swear under pains and penalties of perjury that the following statements are true to the best of my knowledge.

2) On Oct. 5-8, 2015, following his arrest, Ryan White made up an unbelievable story, falsely claiming I was the leader of a "militant wing of the National Liberation Alliance" ("NLA"), and we were plotting to murder presidential appointee, Lisa Monaco and her family. And, Gerry Coviello and David Ring and I were teaching members of the NLA "firearms training". Members of the U.S. Secret Service, FBI, U.S. Attorneys Offices in Massachusetts and New Hampshire repeated Mr. White's lies in reports and affidavits to unlawfully gain warrants to surveille, investigate and search me and my dwellings with no factual probable cause. None.

3) On Oct. 13, 2015, FBI Agents Brian LeBlanc and Steven Kimball interrogated Ryan White and told him it was hard to confirm his claims as they "kept changing."

4) On Oct. 20, 2015, Agents LeBlanc and Kimball confronted Mr. White saying that the U.S. Secret Service Agents White claimed he told about the "murder plot" and to whom White had given documentary proof of the plot, gave FBI "an entirely different story" and they said when White visited them months earlier he had spoken only about his case and he did not give them any info about the alleged "murder plot". Agent LeBlanc told White that "after countless man hours to the highest levels of government and millions of dollars spent, we found no evidence that Zed did any of the things you said he did," including reviewing 6000 telephone calls White recorded, all of his emails, current and deleted, and his computer files where Mr. White had told Agents LeBlanc and Kimball

they would find proof of his (false) claims against the NLA, Gerry Coviello, David Ring and me - revealing Mr. White's allegations as _lies_ and the FBI, U.S. Secret Service and U.S. Attorneys Offices _never had any factual probable cause to repeat White's lies in their reports and affidavits they used to surveille my friends and me._

5) Even after they discovered Ryan White had lied to them and caused many reports to be false and "millions of dollars spent," FBI Agents Brian LeBlanc, Steven Kimball, Tom Dalton, Daniel R. Einhaus, Kieren L. Ramsey, Jennifer Kleene, U.S. Secret Service Agent Brian Sindoni, and U.S. Attorneys Emily Rice and Carmen Ortiz, and AUSA Mark Zuckerman and John Capin _continued the false claims that there was a murder threat against Lisa Monaco, Judge Saylor and/or Martha Coakley_ in defiance of Agent LeBlanc's acknowledgement that there was "not one phone conversation, not one email and no computer files mentioning 'a murder plot' against these public officials, or any public officials." This fact was confirmed by examinations of Ryan White's computers and re-examinations by forensic experts.

6) On 10/20/15 FBI Agents LeBlanc, Kimball, Ramsey, Einhaus, Gregory J. Comcowich generated _false biographical reports_ that they distributed to several Police Departments in cities in and around my area and Lisa Monaco's area to vindictively _poison the police records against Gerry Coviello, David Ring and me_ that falsely claim Jerrold Coviello has "a violent criminal history" and is "a convicted felon," and he is "armed". I was a "former addict- caution needles" in defiance of the fact I never put any drug into my veins, I was _not_ an addict and _Gerry Coviello is not a convicted felon_ as I was his forensic investigator and expert witness and he was found "not guilty" of the charges against him by a jury of his peers. And, he won a federal civil rights complaint against the City of Chelmsford. Neither Coviello, Ring nor me had any dealings with the NLA and none of us had heard of Lisa Monaco before my seizure (See Disc. pgs 918-29). These

false reports advised the various police departments "to handle the (fraudulent) information in whatever manner [they] felt was appropriate."

7) The FBI Agents involved are suppressing the recorded phone calls Ryan White made in which I suggested that he contact his "old Army buddies" to get a referral to an ex-JAG lawyer, because the lawyer that had recently signed on to help Mr. White with his civil rights complaint was forced to drop out because of a family tragedy. White said he couldn't contact them because the DEA Agents that falsely arrested him in 2009 were hacking his computer and smart phone to the point he couldn't get on-line any more.

8) Mr. White wanted me to use the Wish List as a "coded" message to his Army buddies, but I refused. So, too, when he asked if I would email it. We dropped the idea of the Wish List until a few weeks later when he pleaded that he was dying and needed help to win his lawsuit so that he could leave his wife some money when he passed. White said that if I helped him maybe his old Army buddies could maybe refer me also to an ex-JAG lawyer. He assured me I wouldn't have to buy any of the items and when he came up with using the "draft email" system where the email would not actually be sent, I reluctantly agreed. When the contact got back to me, I wrote "draft emails" saying I "had no money", wanted "bullets only" and just "wanted to be tutored", which is consistent with me not wanting firearms.

9) On Oct 28, 2015, I met with UCE, discovered the grenades were marked "For Training Purposes Only" and UCE acknowledged they were "training wheels", "non-lethal" training dummies. When I turned down UCE's offers to buy the AK-47 and 22 with silencer, he initiated Financial Inducement #1, to work for him to help get custody of his son back and Financial Inducement #3, if I helped him out by holding the dummy "training" firearms until I made money with him, then I could trade the inert items back to him, and with both I could afford an AR-15 with paperwork. UCE's Financial Inducements were part of Agents LeBlanc, Kimball and Sindoni's plan to entrap me

as without the financial inducements, I had only ordered "bullets only" at the end of the 10/28/15 meeting, long bullets for the .22 AR-15.

10) On 11/5/15, UCE with Agents LeBlanc, Kimball and Sindoni monitoring the meeting, UCE offered me the final Financial Inducements. I inquired if the guns could be discharged and was satisfied that the UCE said "no" they couldn't. Since the UCE said I could trade the items back to him, I informed him several times I had "no plans" to use them, and then agreed since they weren't real and could not be discharged to hold them as collateral until I could afford the AR-15.

11) Even after I gave the UCE money, I did not want to take possession and asked the UCE to put it off several times citing court deadlines, meetings and other excuses to wait such as "let's put it off."

12) FBI Agents LeBlanc, Kimball, Daniel Einhaus, Kieran L. Ramsey, Harold W. Shaw and AUSA John Capin submitted false claims in a false report, the Request for Inert Firearms + Explosives (Disc. pgs 904-09) to exchange or tamper with the inert, "training wheels", "non-lethal" training grenades I ordered that were marked "For Training Purposes Only", and provide grenades "with explosive material but fake detonators to support criminal charges" to frame me (See "Comment" Disc. pg. 908) by altering material evidence.

13) The false claims in the Request for Inert Firearms and Explosives include the claim I wanted the (dummy) firearms to carry out the murder plot against Lisa Monaco, two weeks after Agents LeBlanc and Kimball confronted CW Ryan White with the fact they had "no evidence" I had anything to do with Ryan White's "plot to murder Lisa Monaco". And, their concern with "what'll we tell our boss?"

14) Agents LeBlanc, Kimball and Sindoni deceived the Seabrook, NH Police Dept., FBI SWAT Team and Bomb Squad to believe I was a "fugitive from justice" (See P.D. booking info Disc. pgs 308-10) and I was purchasing real firearms, to incite them to violently tackle me to the ground with an intent to reinjure my SSI Spinal Disability, and seize me and the dummy

firearms without a warrant or a showing of authority, or my yielding to any showing of authority. I was handcuffed and transported in an unmarked vehicle.

15) I was booked as a "fugitive from justice" without a warrant and without my ever having been arrested before or having fled from a crime.

16) Agents LeBlanc and Kimball introduced themselves as "Steve" and "Brian" and Agent Sindoni did not introduce himself. None made a showing of authority. I did not yield to any showing of authority. I did not sign a Miranda waiver. I told them, "I was set up" and "I did not commit any crime". All three asked questions prefaced with that I "wanted" the silencer even though I turned it down on several occassions; I "wanted" a .22 pistol, when I turned down the pistol with silencer several times in favor of "bullets only" in emails and in person; I "wanted" a fully automatic AK-47 when, in fact, I turned down UCE's offers for a semi-automatic AK-47 three times; I "wanted" grenades, when I ordered two grenades that I saw were marked "For Training Purposes Only" and the UCE admitted were "training wheels", "non-lethal", "training" models (Disc. pgs 732-35). All three Agents said I "wanted" these items despite the fact that I turned them down several times each and did not agree to hold them as collateral until the UCE used the Financial Inducement #1 (to earn money by being employed by UCE to help "get custody of [his] son back") and Financial Inducement #3 (to trade the inert firearms back to UCE after I made money working for him, and with both purchase the AR-15 with paperwork Milt showed me on 10/28/15) to entrap me to take possession of inert, "non-lethal", "training wheels", replica firearms as collateral until I made money with UCE and traded them back to UCE. The Agents' questions were "loaded" and were made in an attempt to establish a predisposition for me to want the alleged, but inert, firearms, when all I asked for was "bullets" and the AR-15 with papers.

17) During the post warrantless seizure of me and the inert firearms, Agent LeBlanc tried to convince me he "knew about" my plot to mur-

der Lisa Monaco stating he had consensually recorded phone calls between Ryan White and me planning the murders. Knowing I had never talked to Ryan White or anyone about any plot to murder anyone, I said "I don't see how that's possible." This was two weeks after LeBlanc confronted White and admitted he had "no evidence" that I was part of Ryan White's "plot to murder Lisa Monaco", during which time LeBlanc and several other Agents and US Attorney Carmen Ortiz wrote false reports and affidavits to obtain warrants to investigate and surveille me and my associates based on Ryan White's false allegations - with no factual probable cause, whatsoever.

18)    Agent LeBlanc and AUSA Zuckerman knowingly and with reckless disregard for the truth, submitted LeBlanc's affidavit for a Criminal Complaint to Magistrate Lynch in USDC-Concord in which LeBlanc willfully omitted that the subject firearms were not real, but inert and could not be armed and could not be discharged. He did not include the facts that the UCE admitted the grenades were "training wheels", "non-lethal", "training" models, and that the guns could not be shot, but deceived Magistrate Lynch to believe that I "knowingly" took possession of real firearms when I "knew" they weren't real, and LeBlanc knew that I knew.

19)    AUSA Zuckerman knowingly allowed Agent LeBlanc to deceive the grand jury to believe that I knowingly took possession of real firearms with an intent to use them to commit murders, in defiance of the fact that Agents LeBlanc, Kimball, Sindoni and the UCE knew I had discovered, and the UCE acknowledged, that the subject firearms were not real and that after the UCE told me I could trade them back to him, I told him on several occasions I had "no plans" to use them, that my "only plans" were to "work on my legal cases" and "meet court deadlines".

20)    AUSA Zuckerman, Magistrate Daniel Lynch, attorney Benjamin Falkner and Agent LeBlanc staged an Initial Appearance Hearing that I did not attend because, as the U.S. Marshals Service detention video of me on 11/6/15

will show that I was not escorted into the courtroom, was not read the charges against me by Magistrate Lynch and did not say "Yes (your honor)" (as the audio recording has me saying those words from the 11/12/15 hearing dubbed into this fabricated audio recording) as I surely would have said that I understand the charges against me, but the subject firearms weren't real and Magistrate Lynch and the grand jury were deceived by willfull omissions and perjury by Agent LeBlanc and AUSA Zuckerman. A false docket entry was entered onto the docket to complete their conspiracy to fabricate an Initial Appearance hearing.

21) At the detention hearing on 11/12/15 before Magistrate Johnstone, court appointed attorney, Ben Falkner, coerced me into signing a Waiver of detention hearing claiming "it was just a formality" as he had arranged with Probation that I could get out on personal recognizance "as soon as [I] found a place to stay" since I had never been arrested before in my 67 years, didn't even have any traffic violations, and that the subject firearms were not real. I called my friends on the jail's Securus recorded phones and they found me a place to stay within a week. When I informed attorney Falkner I had a place to stay, he denied he made the commitment. I attempted to have Judge McAuliffe rescind my signature on the waiver at the 3/23/16 hearing to terminate attorney Falkner, but the judge blocked my motions and efforts saying I wasn't going to get out on bail. I asked him why, and he said "on the merits" in a overt display of prejudice as I never had an Initial Appearance, a probable cause hearing or a detention hearing because Judge McAuliffe by and through his appointees, violated my Sixth Amendment right to effective counsel, equal protection + due process.

22) At the 9/6/16 Termination hearing, Judge McAuliffe protected attorney Ramsdell, his appointee's ineffective assistance of counsel by claiming he "knew" atty. Ramsdell, therefore, I must be "mentally ill" for wanting to terminate him. I said that the judge's "knowing" Ramsdell was not

evidence, but Judge McAuliffe insisted it was evidence and entered it onto the record as only a party can do. The judge, however, could not cite any action his appointee, atty. Ramsdell, had done to develop a defense for me. Judge McAuliffe then fabricated that I was mentally ill and needed to be involuntarily committed to a mental institution for a 30-day evaluation—to prevent me from terminating Ramsdell (who abandoned my case on July 29, 2016) in violation of my Sixth Amendment right to counsel of my choice and Judge McAuliffe's instruction during the 3/23/16 hearing in which he said if I did not like Ramsdell, I'd have to proceed pro se. Then, when I reluctantly want to terminate Mr. Ramsdell for doing absolutely nothing to develop a defense for me, I'm mentally ill? Judge McAuliffe also deprived me of my First Amendment right to submit motions to the court and "petition government for redress of grievances" to keep the real merits of the case off the record, specifically that the subject firearms aren't real, I was entrapped via Financial Inducements to take them only as collateral, the government tampered with the dummy grenades "to support criminal charges," and the prosecution knowingly allowed FBI Agent LeBlanc to perjur himself to the grand jury to deceive them to believe the firearms were real.

23)   I wrote to U.S. Marshals Service and Marshal David L. Cargill, Jr. as instructed by deputy Marshals to obtain DVD's of the video of my detention on 11/6/15, 12/16/15 to demonstrate that I was not escorted by deputies into the courtroom on either of those dates, and therefore, couldn't have had an Initial Appearance or Arraignment. But, Marshal Cargill did not answer my letters or provide the video, which deprived me of evidence proving the Court conspired with prosecution.

24)   All of the above cited 'unlawful acts are or were made intentionally under color of law as part of Government's vindictive prosecution of me for exposing judicial corruption in my cases and those of my clients.

25) Previously, on 12/16/15 an Arraignment was held with Magistrate Andrea K. Johnstone in which I was not present, another "staged" hearing with atty. Falkner, AUSA Zuckerman and the clerks participating in "acting out" another fabricated hearing in which the video recorders were shut off and an audio recording (an unreliable medium) was fabricated. The docket claims I "waived reading of indictment and pled not guilty". But, I was not present and if I had been I would have surely stated for the record that I understood the charges against me, but that the UCE had told me the subject firearms were not real, could not be discharged and posed no threat to anyone. And, that I did not intend to commit a crime and did not commit a crime - as I had stated at the post-seizure interview at the Lincoln Lane Police Station. This second "staged" hearing was a second time I was deprived of an opportunity to make a defendant's statement to assert my innocence, to "sanitize" the court record to reflect that I yielded to the charges against me to deceive the upper courts and the public to believe I accepted guilt, and I have not said the words "not guilty" in any hearing. Atty. Falkner said those words in the Waiver of Detention Hearing, but I never have. The "staged" Initial Appearance and Arraignment hearings cannot have US Marshals detention video (which I have requested, but been refused by attorneys Falkner and Ramsdell and ignored by Marshal Cargill) showing me being escorted into a courtroom on those dates, 11/6/15 and 12/16/15, and combined with the Waiver of Detention Hearing that I was coerced into signing by atty. Falkner as described in #21, above the record reflects that I accepted guilt and did not attempt to have a Detention Hearing, a Probable Cause Hearing and Bail, but as soon as atty. Falkner denied his commitment to have me released on personal recognizance, I asked him to rescind my signature on the Waiver and have a Detention Hearing, but he refused, which led to an argument and my request for his termination to Judge McAuliffe - who also refused to allow me to rescind the Waiver.

26) At the Falkner Termination Hearing on 3/23/16, I explained to the judge that attorney Falkner had coerced me to sign the Waiver of Detention Hearing on 11/12/15

with the promise that it would be rescinded as soon as I "found a place to stay," but when I did atty. Falkner falsely claimed he never made the commitment. J. McAuliffe terminated Falkner, and before he appointed another attorney, <u>I submitted a Motion</u> to Rescind the Waiver of Detention Hearing along with an affidavit in support. Judge McAuliffe said he wouldn't address the motion at that time. I did not know that he sealed my letter/motion to him requesting termination of atty. Falkner and the transcript of the hearing <u>to again "sanitize" the record of the fact that I was coerced into signing the Waiver of Detention Hearing</u> and had been trying since approximately 11/20/15 to rescind the Waiver and gain Liberty on personal recognizance or reasonable bail <u>as prescribed by law for all non-capital crimes.</u> Judge McAuliffe refused to rescind the Waiver, unconstitutionally presumed guilt on my part and said, "you're not getting out" (See #21, above), when I asked why, <u>he couldn't be specific, but said, "On the merits"</u> and launched into a diatribe about my not having rights when I complained I had been denied access to the jail's law computer. And he also said I had <u>no right to have the FBI return the Exhibits</u> they confiscated that I was just about to submit showing that <u>USDC Boston Judge F.D. Saylor, who used fraud to dismiss three cases</u> (USDC cases #13-12815; 14-13233 and 15-11799) <u>represented defendant Deutsche Bank for 20 years as a partner at Goodwin Procter, LLC</u> (who still represent Deutsche Bank today) but refused to recuse himself, and evidence that <u>defendant, MERS, that authorized a counterfeit, robo-signed Assignment of Mortgage used by Deutsche Bank to unlawfully foreclose on my home, is a corporate partner with the FBI that framed and entrapped me in the instant case.</u> J. McAuliffe's outrageous and prejudicial refusal to help me retrieve material evidence from the FBI made me suspicious. It did not take me long to find <u>O'Sullivan v. Deutsche Bank, in which J. McAuliffe used fraud to aid Deutsche Bank foreclose on the O'Sullivan home in defiance of the fact that the mortgage assignment on the home was not populated into the Trust within the legal time frame,</u> but J. McAuliffe claimed Deutsche Bank could claim the mortgage was in the Trust despite the fact that it wasn't. <u>J. McAuliffe's fraud in the O'Sullivan case is tied to Judge Saylor's fraud to aid Deutsche Bank unlawfully foreclose on my home under color of law.</u> And, J. McAuliffe's claim in the 3/23/16 hearing that I had "no right"

to retreive my Exhibits from the FBI prejudiced my foreclosure lawsuit and aided defendant, MERS, corporate partner with FBI, that tampered with material evidence to frame me and entrap me in the instant case and covered up the counterfeiting and wire fraud by Deutsche Bank and MERS in the unlawful foreclosure of my home, and "judicial corruption regarding the kidnapping of Mr. McLarnon's son and flooding of his home business", the diagnosis of Dr. A. Gutierrez for the Social Security Admin. that awarded me a spinal and psychical SSI Disability based on Dr. Gutierrez's diagnosis regarding the kidapping of my son in Massachusetts courts that, as in the instant case, also involved altered hearing tapes, false docket entries and false allegations

27)    Judge McAuliffe isn't the only judge in this court with ties to the corruption of Deutsche Bank, MERS, the FBI and USDC Boston Judge F.D. Saylor, Chief Judge Joseph N. Laplante recused himself from the case on 1/26/16 beecause of his association with Judge F.D. Saylor - another link between the instant case and F.D. Saylor and Deutsche Bank's unlawful foreclosure of my home aided by Judge Saylor's fraud and Judge McAuliffe's, and the fact that Judge McAuliffe sealed the transcript of 3/23/16 in which he railed on that I had no rights to access the jail's law computer or the Exhibits the FBI had unlawfully seized from my home on 11/6/15, which he clearly did to "steerilize" the record of my Motion to Rescind the Waiver of Detention Hearing and request for a Detention Hearing and bail, and his deprivation of my right to access legal material to aid in my defense and the return of my Exhibits, which were material evidence regarding the unlawful foreclosure of my home that he helped the FBI withhold to prejudice my defense in that case,

28)    I did not sign or give a verbal assent to a waiver of speedy trial as claim on the docket 1/04/16 as atty Falkner had already duped me to sign the waiver of detention hearing on 11/12/15 and reneged on 11/20/15, I was alienated from him and trying to have my waiver of detention hearing rescinded and would not, and did not, sign a waiver of speedy trial - a false docket entry.

29)    I did not sign or verbally assent to a motion to extend time to file Dispositive and Evidentiary motions - atty. Falkner must have done this without

consulting me as he knew I wanted a motion to rescind the waiver of detention hearing submitted and a motion to suppress evidence based on Fourth Amendment violations of warrantless and violent seizure of me and the inert subject firearms without a showing of authority and without my yielding to a show of authority, and I wanted a motion to dismiss based on the fact that the FBI and USA tampered with material evidence to frame me and used two financial inducements to entrap me to take "training" firearms I had turned down repeatedly.

30) I did not sign or assent to a Waiver of Speedy Trial that atty. Ramsdell attempted to have me sign (docket #23-25).

31) I did not sign or assent to a Waiver of Speedy Trial (docket #26-27) that atty. Ramsdell attempted to have me sign as I wanted him to obtain the evidence I listed for him in the undocketed MOTION FOR COMPULSORY PROCESS MATERIALS, and was alienated from him for doing nothing but vindictively refuse to do anything to form a defense, but instead prejudiced it, by refusing to gather or place evidence of Government's tampering with material evidence to frame me, warrantless and violent seizure, and "staged" court hearings in which I was not present on the record to help the court "sanitize" the court record to deceive the upper courts and the public and sabotage appellate review and/or a fair trial.

32) I objected to J. McAuliffe's order for involuntary commitment to a state mental institution (on 9/6/16) as J. McAuliffe could not point to anything I wrote or said that convinced him I was mentally ill. He claimed I was mentally ill because I was in therapy! He would not allow me to be evaluated by my therapist, Dr. Vincent Vindice, Chief Mental Health Unit, Massachusetts General Hospital. He claimed I was mentally ill because I wanted to terminate atty. M. Ramsdell because he did not do anything to form a defense for me. He did not gather any evidence for my defense. He did not review any Discovery material with me. He did not make one act advisarial to the prosecution. He refused to have transcripts made of Discovery DVD's to keep that evidence of my innocence "off the court record" and only in DVD form. He refused to get a copy of the transcript of the 3/23/16

Termination Hearing. He refused to have the audio of my voice on the 11/6/15 Initial Appearance Hearing digitally compared with my voice on the 11/12/16 Waiver Hearing to prove they are one and the same. Ramsdell did nothing but violate my Speedy Trial rights, let me rot in jail and help Government and the court "sanitize" the court record. When asked by my power of attorney what defense he had for me, he could not give him, Bruce Boguslav, or his wife, Linda any defense he had formed (despite those I formed on my own in the accompanying motions).

33) On 9/7/16, J. McAuliffe ordered me into a state mental institution without allowing me to file my motions, in violation of my First Amendment right to petition government for redress of grievances by fabricating the "mental illness" diversion. And, he refused to terminate atty. Ramsdell to prevent me from representing myself or finding an ACLU lawyer or other pro bono lawyer, in violation of my Sixth Amendment right to effective assistance of counsel and my right to proceed pro se, because he knew the cases I mentioned my motions were based on focused on violations of law by Government, and he was covering up by diverting attention away to fraudulent allegations that I was "mentally ill," but he couldn't say why.

34) On 9/15/16, I was evaluated by Nancy Gallagher, Head of the Mental Health Unit at the jail and veteran of over 1,600 evaluations. She cleared me of any mental health concerns saying I do not demonstrate any of the criteria that would deem me incompetent or a threat to myself or anyone else. I sent her evaluation to atty. Ramsdell, but he would not submit it to J. McAuliffe because it undermined their false claims I was mentally ill - and, he wanted me to continue to rot in jail, as does J. McAuliffe.

35) On 10/4/16, the docket claims there was an assented to motion to amend the judge's Order of 9/7/16 because the judge did not have jurisdiction to order me into a state mental institution involuntarily. I did not however assent in writing or verbally to the USA's motion (as with most of the alleged assented to motions on the docket). Note that my so-called lawyer, Ramsdell, did not challenge the

legality of the judge's order, but it was the USA, revealing that Ramsdell does whatever the judge wants and not what is best for me, his alleged client.

36) The judge's Order mandated the evaluation be completed and into the court by 10/27/16, but as I write this, Jan 16, 2017, the evaluation has not been submitted to the court. This exposes another appointee of the court that is allowing me to rot in jail in violation of my due process right to Liberty, reasonable bail, a Probable Cause hearing, and since the false allegation of my being "mentally ill," I am unable to submit my motions to dismiss, for compulsory process materials, etc. and my Sixth Amendment right to a Speedy Trial by J. McAuliffe and atty. Ramsdell's lies and false allegations to divert attention from and block my motions from being submitted and placed on the record to correct the record that has been manipulated and "sterized" of the actual facts of the case regarding the FBI's + USA tampering with evidence to frame me, the warrantless seizure of me and the subject "non-lethal", training model firearms, "staged" hearings in which I am not present with the video system deliberately turned off and the audio recording manipulated to make it seem I attended the Initial Appearance and the Arraignment, which I did not.

37) On 11/18/16, Karla Johnson, as my Next Friend filed a Petition for a Writ of Habeas Corpus. Chief Clerk and Magistrate Judge who "staged" the Initial Appearance refused to docket the Petition in violation of 18 U.S.C. 2076; 2071 + 1512, to keep it off the court record in conspiracy with J. McAuliffe who sent the Petition to his co-conspirator, atty M. Ramsdell to suppress it, falsely claiming it was "indecipherable". But, it was not written in a cipher but common law approved by a grand jury asking what jurisdiction the court has to continue to excessively detain me without a trial. J. McAuliff kept the Petition off the court record and "acted" as if he could not understand the Petition, based in common law requiring him to provide an answer as to why I was in jail

for 13 months without bail, and to set me free via habeas corpus.

38) A complaint was filed by Karla Johnson, my Next Friend, documenting that Chief Clerk Daniel Lynch refused to docket the Petition for Writ of Habeas Corpus - but J. McAuliffe and Clerk Lynch refused to docket the complaint to once again "sanitize" the court record.

39) On 12/13/16, my Next Friend Karla Johnson's complaint was answered by J. McAuliffe who issued an Order deflecting the Petition of Habeas Corpus to his co-conspirator, atty. Ramsdell, who quashed it as he did w/ N. Gallagher's evaluation. McAuliffe said the Order of Detention gave him jurisdiction, but the order is void a. I was not at the Initial Appearance or the Arraignment where the initial order of detention and a second detention stipulation was issued, respectively, because the fraudulent "staging" of both hearings "vitiates everything," including the Orders of Detention the second of which was issued as a result of my being coerced to sign the Waiver of Detention Hearing by attorney B. Falkner as described in Items #21, 25 + 26 above. Therefore, I am being held based on a void Order of Detention issued in "staged" hearings. After I realized I had been falsely coerced by atty. Falkner to sign the Waiver of Detention Hearing on 11/12/15 with the promise that I was getting out on personal recognizance and the waiver would be rescinded when I "found a place to stay" I have requested that attorneys Falkner and Ramsdell help me rescind the Waiver and have a Probable Cause hearing, but both refused. And, on 3/23/16, I submitted a Motion to Rescind Waiver of Detention Hearing to J. McAuliffe, but he blocked it from being docketed and said he would not address it at that time. Since, then, he and atty. Ramsdell have conspired to prevent me from rescinding the Waiver and having a Probable Cause hearing and reasonable bail by using a presumption of guilt and cynically using the Waiver I was coerced into signing against me, to deflect from the fact that I was framed and entrapped by Government and seized without a warrant, unlawfully booked as a fugitive from justice, deprived of due process via staged Initial Appearance and Arraignment hearing in which I was not present - the prosecution is structurally deficient and must be dismissed.

40) On 11/29/16, atty. Ramsdell delivered several DVD's to the jail containing Discovery material that he had not given to me previously, which contradicted J. McAuliffe's claim on 9/6/16 that Discovery was over, and reveals that Government is holding back exculpatory evidence and atty. Ramsdell and J. McAuliffe are aiding as revealed in my undocketed MOTION FOR COMPULSORY PROCESS MATERIALS regarding evidence being suppressed by the USA and FBI (Government) that proves the FBI and USA lied to FBI hierarchy in false reports to excite them to tamper with "non-lethal", "training" firearms to arm them "to support criminal charges" and frame me who was expecting the "non-lethal", "training" models, and that the same agents deceived the SWAT Team to violently seize me without a warrant because they believed I was a "fugitive from justice" who was buying real firearms when neither is true and Government deceived Magistrate Lynch to issue a false Criminal Complaint and the grand jury to issue an Indictment believing I believed the firearms were real and US Marshals video revealing I was not escorted into a courtroom on 11/6/15 Initial Appearance and 12/16/15 Arraignment and evidence to prove the audio recordings of 11/6/15 and 12/16/15 have been altered to support "staged" hearings in which I wasn't present but my voice from another hearing was dubbed in. SECURUS jail recorded phone calls are being suppressed by the USA (with the aid of atty. Ramsdell who won't request them and J. McAuliffe who won't let me submit my motions in) which I tell my friends that I need a place to stay because atty. Falkner worked it out with Probation that I could get out on personal recognizance as soon as I "found a place to stay."

41) All of the material in my MOTION FOR COMPULSORY PROCESS MATERIALS I have asked atty. Falkner and Ramsdell to obtain, but they refused, thereby depriving me of effective assistance of counsel. Yet, J. McAuliffe claims I am "mentally ill" for reluctantly succumbing to proceeding pro se and assert my Sixth Amendment right to obtain said materials necessary for my defense, and the services of experts to analyze the audio recordings to prove they have been

altered as I have proved hearing tapes, dockets, transcripts and case files have been altered in my own cases and the cases of my clients and people that I've advocated for as a forensic investigator/expert witness over the last 22 years in several states across the country.

41) On 11/29/16, more than a year after I was unlawfully and violently seized without a showing of authority or my yielding to a showing of authority, atty. Ramsdell sent FBI documents admitting they confiscated $1,300.00 on 11/6/15. Knowing that the FBI withholding this information and funds seriously prejudiced my defense and the payment of bills, atty Ramsdell refused to obtain the funds for me when I had my power of attorney ask that he get the funds, so that he could help my defense with the funds. Atty. Ramsdell's refusal is just the latest vindictive act by him that prejudices my defense over the last 14 months of unlawful detention despite my verbal and motion requests to have the court rescind my signature on the Waiver of Detention Hearing that I was coerced to sign and have a Probable Cause hearing and reasonable bail.

Signed under pains and penalties of perjury this 2nd day of January 2018, by Edward McLarnon, in propria persona

Edward McLarnon
Merrimack County D.O.C.  D9
314 Daniel Webster Highway
Boscawen, NH 03303

Please serve US Attorney via Court's Email

Please return date stamped copy to defendant

Thank you